UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCON LABORATORIES, INC. and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>        Plaintiffs,<br><br>   v.<br><br>STEPHEN CARLTON, District Attorney for the County of Shasta, in his official capacity; PAUL ZELLERBACH, District Attorney for the County of Riverside, in his official capacity; JAN SCULLY, District Attorney for the County of Sacramento, in her official capacity; ELIZABETH EGAN, District Attorney for the County of Fresno, in her official capacity; and TIM WARD, District Attorney for the County of Tulare, in his official capacity,<br><br>        Defendants. | No. 2:13-cv-02372-GEB-CKD<br><br>**RELATED CASE ORDER** |
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Plaintiff,<br><br>   v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION; ALCON LABORATORIES, INC.; and DOES 1-20,<br>        Defendants. | 2:13-cv-02389-LKK-EFB |

1

Plaintiffs Alcon Laboratories, Inc. and Novartis Pharmaceuticals Corporation filed a "Notice of Related Cases" in which they state the above-entitled actions are related within the meaning of Local Rule 123(a) for the following reasons:

> 1. Both actions involve the same parties, namely, District Attorneys for five California counties; Alcon Laboratories, Inc. ("Alcon"); and Novartis Pharmaceuticals Corporation (NPC)[;]
>
> 2. Both actions are based on the same or similar claim involving Alcon's and NPC's alleged violation of California Business and Professions Code § 12606 and California Health and Safety Code § 110375 (the "Slack Fill Law"); and
>
> 3. Both actions involved similar questions of fact and the same question of law and assignment to the same Judge or Magistrate just is likely to effect a substantial savings of judicial effort because the same result should follow in both actions.

(Notice of Related Cases 2:10-18, ECF No. 5.)

Examination of the above-entitled actions reveals they are related within the meaning of Local Rule 123. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Therefore, action 2:13-cv-02389 is reassigned to Judge Garland E. Burrell, Jr. and Magistrate Judge Carolyn K. Delaney for all further proceedings, and any date currently set in the reassigned case is VACATED. Henceforth the caption on documents filed in the reassigned case shall show the initials "GEB-CKD."

Further, a Status Conference is scheduled in the reassigned case before the undersigned judge on March 3, 2014, at 9:00 a.m. A joint status report shall be filed no later than

fourteen (14) days prior.[1]

The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: November 19, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

3